UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAMMA TRADERS – I LLC and VEGA TRADERS, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH COMMODITIES, INC., BANK OF AMERICA CORPORATION, MORGAN STANLEY & CO. LLC, EDWARD BASES, JOHN PACILIO, and JOHN DOE Nos. 1 – 5,<br><br>Defendants. | Case No. 19-cv-6002 (AJN) |
| ROBERT CHARLES CLASS A., L.P. and ROBERT L. TEEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH COMMODITIES, INC., BANK OF AMERICA CORPORATION, EDWARD BASES, JOHN PACILIO, and JOHN DOES NOS. 1-10,<br><br>Defendants. | Case No. 19-cv-6172 (AJN) |
| YURI ALISHAEV, ABRAHAM JEREMIAS, and MORRIS JEREMIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>MERRILL LYNCH COMMODITIES, INC., BANK OF AMERICA CORPORATION, MORGAN STANLEY & CO. LLC, EDWARD BASES, JOHN PACILIO, and JOHN DOES 1 – 18,<br><br>Defendants. | Case No. 19-cv-6488 (AJN) |

**NOTICE OF PLAINTIFFS' MOTION TO APPOINT LOWEY DANNENBERG, P.C. AS INTERIM LEAD CLASS COUNSEL AND CONSOLIDATE RELATED ACTIONS**

PLEASE TAKE NOTICE that Plaintiffs in the actions *Gamma Traders – I LLC, et al. v. Merrill Lynch Commodities, Inc., et al.*, 19-cv-6002 (S.D.N.Y.) and *Robert Charles Class A., L.P., et al. v. Merrill Lynch Commodities, Inc., et al.*, 19-cv-6172 (S.D.N.Y.) (the "Related Actions") will move this Court on a date and time to be designated by the Honorable Alison J. Nathan, United States District Judge at the United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, pursuant to FED. R. CIV. P. 23(g) and 42(a) for entry of the attached [Proposed] Order: (1) consolidating the Related Actions; and (2) appointing Lowey Dannenberg, P.C. and Scott+Scott Attorneys at Law LLP as interim co-lead class counsel for the consolidated action.

Dated: August 6, 2019
White Plains, New York

LOWEY DANNENBERG, P.C.

/s/ Vincent Briganti
Vincent Briganti
Christian Levis
Johnathan Seredynski
Peter Demato, Jr.
Amir Alimehri
44 South Broadway
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
Email: vbriganti@lowey.com
clevis@lowey.com
jseredynski@lowey.com
pdemato@lowey.com
aalimehri@lowey.com

*Attorneys for Plaintiffs Gamma Traders – I LLC and Vega Traders, LLC and Proposed Interim Co-Lead Class Counsel*

SCOTT+SCOTT ATTORNEYS AT LAW L.L.P.

/s/ Thomas Laughlin, IV
Thomas Laughlin, IV
Deborah Clark-Weintraub
230 Park Avenue
17th Floor
New York, New York 10169
Tel.: (212) 223-6444
Email: tlaughlin@scott-scott.com
dweintraub@scott-scott.com

*Attorneys for Plaintiffs Robert Charles Class A., L.P. and Robert L. Teel
and Proposed Interim Co-Lead Class Counsel*