UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAMMA TRADERS – I LLC and VEGA TRADERS, LLC, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>MERRILL LYNCH COMMODITIES, INC., BANK OF AMERICA CORPORATION, MORGAN STANLEY & CO. LLC, EDWARD BASES, JOHN PACILIO, and JOHN DOE Nos. 1-5,<br><br>        Defendants. | 1:19-cv-06002 (AJN) |
| ROBERT CHARLES CLASS A, L.P. and ROBERT L. TEEL, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>MERRILL LYNCH COMMODITIES, INC., BANK OF AMERICA CORPORATION, EDWARD BASES, JOHN PACILIO, and JOHN DOES Nos. 1-10,<br><br>        Defendants. | 1:19-cv-06172 (AJN) |
| YURI ALISHAEV, ABRAHAM JEREMIAS, and MORRIS JEREMIAS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>MERRILL LYNCH COMMODITIES, INC., BANK OF AMERICA CORPORATION, MORGAN STANLEY & CO. LLC, EDWARD BASES, JOHN PACILIO, and JOHN DOES 1 - 18,<br><br>        Defendants. | 1:19-cv-06488 (AJN) |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT
OF DEFENDANTS MERRILL LYNCH COMMODITIES, INC.
AND BANK OF AMERICA CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Merrill Lynch Commodities, Inc. and Bank of America Corporation make the following supplemental disclosures through their undersigned counsel:

Merrill Lynch Commodities, Inc. is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings").  NB Holdings is a direct, wholly owned subsidiary of Bank of America Corporation.

Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation.  Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

Dated: New York, New York
       August 7, 2019

SHEARMAN & STERLING LLP

By:   /s/  Adam S. Hakki
Adam S. Hakki
Richard F. Schwed
599 Lexington Avenue
New York, NY  10022-6069
Telephone: 212-848-4000
Facsimile: 646-848-4924
adam.hakki@shearman.com
richard.schwed@shearman.com

*Attorneys for Defendants Merrill Lynch
Commodities, Inc. and Bank of America Corporation*