October 15, 2019

**Via ECF**



SO ORDERED:

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

10/15/19

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2204
New York, NY 10007

RE:   *In re: Merrill, BofA, and Morgan Stanley Spoofing Litig.*, No. 19-cv-6002 (AJN)

Dear Judge Nathan:

Pursuant to Rule 1.C of Your Honor's Individual Practices in Civil Cases, Plaintiffs and Defendants jointly submit this letter to request continuances of the pre-trial conference scheduled for October 25, 2019 and the deadline for filing the corresponding Proposed Civil Case Management Plan and Scheduling Order due seven days before the conference, on October 18, 2019 (Dkt. No. 19).

In light of the Court's entry on September 13, 2019 of a Stipulation and Case Management Order (Dkt. No. 23) setting a deadline of November 13, 2019 for the filing of a consolidated amended complaint and setting a schedule for filing and briefing any motion(s) to dismiss, the parties respectfully request that the pre-trial conference and the deadline for filing the Proposed Civil Case Management Plan and Scheduling Order be continued until after any motions to dismiss have been resolved.   **SO ORDERED**

Respectfully submitted,

/s/ Vincent Briganti (on consent)[1]
Vincent Briganti
Christian P. Levis
Johnathan Seredynski
Peter Demato, Jr.
Amir Alimehri
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100

/s/ Thomas L. Laughlin, IV (on consent)
Thomas L. Laughlin, IV
Deborah Clark-Weintraub
**SCOTT+SCOTT ATTORNEYS AT LAW L.L.P.**
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169

---

[1] Electronic signatures are provided with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

Hon. Alison J. Nathan
October 15, 2019

White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
Email: vbriganti@lowey.com
clevis@lowey.com
jseredynski@lowey.com
pdemato@lowey.com
aalimehri@lowey.com

*Attorneys for Plaintiffs Gamma Traders – I LLC and Vega Traders, LLC and Interim Co-Lead Counsel for Plaintiffs*

Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: tlaughlin@scott-scott.com
dweintraub@scott-scott.com

*Attorneys for Plaintiffs Robert Charles Class A, L.P. and Robert L. Teel and Interim Co-Lead Counsel for Plaintiffs*

/s/ Adam S. Hakki
Adam S. Hakki
Richard F. Schwed
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-4000
Email: ahakki@shearman.com
rschwed@shearman.com

*Attorneys for Defendants Merrill Lynch Commodities, Inc. and Bank of America Corporation*

/s/ Scott D. Musoff (on consent)
Scott D. Musoff
David Meister
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
4 Times Square
New York NY 10036
Telephone: (212) 735-3000
Facsimile: (917) 735-2000
Email: scott.musoff@skadden.com
david.meister@skadden.com

*Attorneys for Defendant Morgan Stanley & Co. LLC*

/s/ Evan I. Cohen (on consent)
Evan I. Cohen
**FINN DIXON & HERLING LLP**
Six Landmark Square
Stamford, CT 06901-2704
Telephone: (203) 325-5000
Facsimile: (203) 325-5001
Email: ecohen@fdh.com

*Attorneys for Defendant Edward Bases*

/s/ David McGill (on consent)
David McGill
**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1214
Facsimile: (212) 488-1220
Email: david.mcgill@kobrekim.com

*Attorneys for Defendant John Pacilio*

cc:     All counsel of record (via ECF)