# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: MERRILL, BOFA, AND MORGAN STANLEY SPOOFING LITIGTION | Master Docket No. 19-cv-6002 (AJN)<br><br>CLASS ACTION |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Evan I. Cohen of Finn Dixon & Herling LLP, a member of this Court in good standing, hereby enters an appearance as counsel for defendant Edward Bases in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

Dated: October 22, 2019

                                        Respectfully submitted,

                                        FINN DIXON & HERLING LLP

                                        By:    /s/ Evan I. Cohen
                                                  Evan I. Cohen (EC3932)
                                                  ecohen@fdh.com
                                                  Six Landmark Square
                                                  Stamford, Connecticut 06901
                                                  Tel: (203) 325-5000
                                                  Fax: (203) 325-5001

                                        *Attorney for Defendant Edward Bases*

## **CERTIFICATION**

     I hereby certify that on October 22, 2019 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                        By: /s/ Evan I. Cohen
                             Evan I. Cohen (EC3932)
                             FINN DIXON & HERLING LLP
                             Six Landmark Square
                             Stamford, CT  06901-2704
                             Tel: (203) 325-5000
                             Fax: (203) 325-5001
                             E-mail: ecohen@fdh.com