

January 30, 2020

**Via ECF**
The Honorable Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   **Re: *In re Merrill, BofA, and Morgan Stanley Spoofing Litigation*, No. 19-CV-6002-AJN**

Dear Judge Nathan:

  Plaintiffs intend to amend their complaint by **March 9, 2020**. Defendants do not oppose this deadline.

  The parties also propose the following briefing schedule for any responsive motions to the amended complaint:

- Defendants' moving papers due by ***May 8, 2020***;
- Plaintiffs' opposition papers due by ***July 7, 2020***, and
- Defendants' reply paper due by ***August 6, 2020***.

              Respectfully submitted,

              */s/ Vincent Briganti*
              Vincent Briganti

cc:  All Counsel of Record (via ECF)

www.lowey.com

44 South Broadway, Suite 1100, White Plains, NY 10601  (p) 914-997-0500  (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977  (p) 610-941-2760  (f): 610-862-9777