UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE MERRILL, BOFA, AND MORGAN STANLEY :
SPOOFING LITIGATION :
:
: 19-cv-6002 (LJL)
:
: ORDER
:
THIS DOCUMENT RELATES TO ALL ACTIONS :
:
:
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Complaint in this case was filed on June 27, 2019 (Dkt. No. 1). On January 13, 2020, Defendants filed motions to dismiss (Dkt. Nos. 33 and 35). Pursuant to the Court's so-ordered briefing schedule (Dkt. No. 45), Plaintiffs filed a First Amended Complaint (Dkt. No. 51) on March 9, 2020.

Pursuant to Paragraph 3(B) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed Motions to Dismiss are DENIED AS MOOT.

The so-ordered deadlines in the previously proposed briefing schedule (Dkt. No. 45) remain in effect.

SO ORDERED.

Dated: April 7, 2020
New York, New York

_____
LEWIS J. LIMAN
United States District Judge