### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111
———
TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

DIRECT DIAL
202-371-7596
DIRECT FAX
202-661-0596
EMAIL ADDRESS
JONATHAN.MARCUS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

May 5, 2020

**BY ECF**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

RE: *In re: Merrill, BofA, and Morgan Stanley Spoofing Litigation*, No. 19-cv-06002 (LJL)

We represent Morgan Stanley & Co. LLC ("Morgan Stanley") in the above-referenced action.[1]  We write, with the consent of all parties, to respectfully advise the Court of the parties' agreement concerning the briefs to be filed in connection with Defendants' forthcoming motions to dismiss (the "Motions to Dismiss") the First Amended Complaint (ECF No. 51).

The parties have agreed that Defendants shall address issues common to the group in a joint brief filed by the Bank Defendants not to exceed 25 pages.  The opposition and reply to the joint brief will stay within 25 pages for the opposition and 10 pages for the reply.

Morgan Stanley and Messrs. Bases and Pacilio will raise non-redundant Defendant-specific arguments in support of the Motions to Dismiss, in individual

---

[1] The Defendants in this action are Merrill Lynch Commodities, Inc. ("MLCI") , Bank of America Corporation ("BAC"), Morgan Stanley (together with MLCI and BAC, the "Bank Defendants"), Edward Bases, and John Pacilio.

Hon. Lewis J. Liman
May 5, 2020
Page 2

briefs not to exceed 12 pages per brief, and opposition briefs with respect to these filings will also be 12 pages, with 6 pages for reply briefs.

Pursuant to the agreed schedule so-ordered on February 3, 2020 (ECF No. 45), the Motions to Dismiss are due on May 8, 2020, opposition briefs are due on July 7, 2020, and reply briefs are due on August 6, 2020.

Respectfully submitted,

/s/ Jonathan L. Marcus

Jonathan L. Marcus

cc:     Counsel of Record