**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MERRILL, BOFA, AND MORGAN STANLEY SPOOFING LITIGATION | Master Docket No. 19-cv-6002 (LJL) |
| | **ORAL ARGUMENT REQUESTED** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF MOTION TO DISMISS BY**
**DEFENDANTS JOHN PACILIO AND EDWARD BASES**

**PLEASE TAKE NOTICE** that upon (i) the accompanying Memorandum of Law, and (ii) the Bank Defendants' Joint Memorandum of Law in Support of their Motion to Dismiss the First Amended Consolidated Class Action Complaint, filed contemporaneously herewith, Defendants John Pacilio and Edward Bases (the "Individual Defendants"), by their undersigned counsel, will respectfully move this Court, before the Honorable Judge Lewis Liman, United States District Judge, Southern District of New York, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiffs' Consolidated Class Action Complaint (ECF 51), on the following grounds:

(1)    Plaintiffs' claims under the Commodity Exchange Act ("CEA") and for unjust enrichment are barred by the applicable statute of limitations;

(2)    The CEA does not provide a private right of action to pursue alleged "spoofing" violations, and Plaintiffs' claims are based on spoofing, not manipulation;

(3)    Plaintiffs fail to allege that they suffered actual damages;

(4)     Plaintiffs fail to plead CEA manipulative device claims for conduct that occurred before August 15, 2011 because the relevant statute and rule were not in effect before that time;

(5)     Plaintiffs fail to state a claim for unjust enrichment;

(6)     Plaintiffs fail to state a claim against the Individual Defendants for market manipulation;

(7)     Plaintiffs fail to state a claim against the Individual Defendants for manipulative device; and

(8)     Plaintiffs fail to state a claim against the Individual Defendants for principal-agent liability.

The support for grounds (1) through (5) above are set forth in the Bank Defendants' Joint Memorandum of Law in Support of their Motion to Dismiss the First Amended Consolidated Class Action Complaint, filed at ECF 55, and the support for grounds (6) through (8) above are set forth in the Individual Defendants' accompanying Memorandum of Law in support of their motion to dismiss.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the so-ordered schedule entered into by the parties, dated February 3, 2020, ECF 45, Plaintiffs shall serve any paper in opposition on or before July 7, 2020, and Defendants shall serve any reply no later than August 6, 2020.

Dated:  May 8, 2020

By: */s/ David H. McGill*

David H. McGill
Erika L. Berman (*pro hac vice forthcoming*)
Geoffrey J. Derrick
KOBRE & KIM LLP
1919 M Street, NW
Washington, DC 20036
(202) 664-1900
david.mcgill@kobrekim.com
erika.berman@kobrekim.com
geoffrey.derrick@kobrekim.com

Jonathan D. Cogan
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
(212) 488-1200
jonathan.cogan@kobrekim.com


*Attorneys for John Pacilio*



By: */s/ Evan Cohen* (on consent)

Evan Cohen
David Allen
FINN DIXON & HERLING
6 Landmark Square
Stamford, CT 06901
(203) 325-5000
ECohen@fdh.com
DAllen@fdh.com

*Attorneys for Edward Bases*

3