```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :            19-cv-6002 (LJL)
IN RE MERRILL, BOFA, AND MORGAN STANLEY                            :
SPOOFING LITIGATION                                                :            ORDER
                                                                   :
                                                                   :
                                                                   :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2021

LEWIS J. LIMAN, United States District Judge:

     Parties are directed to appear for a telephonic oral argument on February 24, 2021 at 3:00 p.m. Parties are directed to dial 888-251-2909 and use access code 2123101.

     SO ORDERED.

Dated: January 13, 2021
      New York, New York

                                                LEWIS J. LIMAN
                                          United States District Judge