**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
IN RE MERRILL, BOFA, AND MORGAN
STANLEY SPOOFING LITIGATION

                                                     19 **CIVIL** 6002 (LJL)
                                                        <u>**JUDGMENT**</u>

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 4, 2021, Defendants' motion to dismiss is GRANTED. Because the statute of limitations on Plaintiffs' claims has run, and because Plaintiffs have not proffered a reason for tolling the statute of limitations, the Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          March 4, 2021

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                         **Clerk of Court**
                      **BY:**
                                                        *K. Mango*
                                                        _____
                                                          **Deputy Clerk**