UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE MERRILL, BOFA, AND MORGAN STANLEY
SPOOFING LITIGATION

19-cv-6002 (LJL)
19-cv-6172 (LJL)
19-cv-6488 (LJL)

------------------------------------------------------------------X

ORDER

LEWIS J. LIMAN, United States District Judge:

On September 13, 2019, the Honorable Alison J. Nathan consolidated three related actions bearing the case numbers 19-cv-6002, 19-cv-6172, and 19-cv-6488 into one consolidated action under the Master File number 19-cv-6002 (the "Consolidation Order"). Dkt. No. 22. That Consolidation Order established a Master Docket for the consolidated actions, with all entries to be docketed under the Master File number. *Id.*

On February 4, 2020, the consolidated action was randomly assigned to me for all purposes. A notation indicating this reassignment was included on the Master Docket, as well as the dockets for case numbers 19-cv-6172 and 19-cv-6488. On March 4, 2021, the Court issued an Opinion and Order dismissing with prejudice the First Amended Consolidated Class Action Complaint; this Opinion and Order was filed on the Master Docket with a direction to the Clerk of Court to close the case. Dkt. No. 72. As a result, the Master File, 19-cv-6002, was terminated, but there is no similar notation on the dockets for 19-cv-6172 and 19-cv-6488.

In accordance with the Opinion and Order filed at Dkt. No. 72 and the Clerk's Judgment filed at Dkt. No. 73 on the Master Docket, the Clerk of Court is respectfully directed to update docket numbers 19-cv-6172 and 19-cv-6488 to reflect that those cases are closed.

SO ORDERED.

Dated: November 29, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge